# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 462 |
| ORDERS ASSIGNING JUSTICES TO THE | : | JUDICIAL ADMINISTRATION DOCKET |
| TASK OF OVERSEEING THE | : | |
| ADMINISTRATION OF THE COURTS OF | : | |
| THE FIRST JUDICIAL DISTRICT OF | : | |
| PENNSYLVANIA | | |

## O R D E R

**PER CURIAM:**

**AND NOW**, this 27th day of January, 2016, **IT IS ORDERED**, that all prior Orders of this Court relating to the appointment of a liaison justice to the First Judicial District are hereby vacated. Consistent with the treatment of all other judicial districts, no liaison justice will be appointed for the First Judicial District.

This **ORDER** shall be effective January 29, 2016.

Mr. Justice Eakin did not participate in the decision of this matter.